

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| COLETTE SAVAGE AND KENT GRAHAM, | § | No. 08-22-00067-CV |
| | § | Appeal from the |
| Appellants, | § | 169th District Court |
| v. | § | of Bell County, Texas |
| GW IVEY, | § | (TC# 324994-0) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **August 28, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Colette Savage and Kent Graham, pro se litigants, prepare the Appellants' brief and forward the same to this Court on or before August 28, 2022.

IT IS SO ORDERED this 22nd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.